UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>   Plaintiff,<br><br>   v.<br><br>J. LYNCH, et al.,<br><br>   Defendants. | No. 2:19-cv-1430 MCE AC P<br><br><br>ORDER |

On July 26, 2019, defendants removed the instant case from the Sacramento Superior Court on the ground that it contained federal claims. ECF No. 1. Plaintiff now objects to the removal and argues that "the allegations raised in this complaint are predicated on violations of State Law." ECF No. 5 at 1 (emphasis in original). He further advises that he is in the process of amending the complaint to remove any claims brought under 42 U.S.C. § 1983. Id. Review of the complaint reveals that plaintiff has in fact alleged violations of federal law and that removal was timely and proper. Plaintiff's objections to the removal will therefore be overruled. However, plaintiff will be given an opportunity to file an amended complaint and motion to remand.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections to the removal of this action (ECF No. 5) are overruled.

////

1

2. Within thirty days of the service of this order, plaintiff may file an amended complaint and motion to remand to state court. If plaintiff fails to file an amended complaint, the court will proceed to screen the original complaint.

DATED: August 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE