UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LYNCH, et al,<br><br>  Defendants. | No.  2:19-cv-1430 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 20.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed June 22, 2021 (ECF No. 20), are ADOPTED in full;

1

2. For the reasons set forth in the May 26, 2021 Screening Order (ECF No. 19 at 5-7), the following claims are DISMISSED without prejudice:

    a. All claims against defendants Haynie, Struve, Ramirez, Villasenor, Nichols, Heise, and Lynch;

    b. The claims for the violation of plaintiff's rights to free speech or access to the courts; and

    c. The claims against Ceja, Mohr, Cross, and Roswell for deliberate indifference to serious medical need.

IT IS SO ORDERED.

Dated: August 12, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE