UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LYNCH, et al.,<br><br>    Defendants. | No. 2:19-cv-1430 MCE AC P<br><br><br>ORDER TO SHOW CAUSE |

By order filed October 12, 2021, defendants were ordered to file a response to plaintiff's complaint within twenty-one days. ECF No. 31. Twenty-one days have now passed, and defendants have not yet filed the required response.

Accordingly, IT IS HEREBY ORDERED that within five days of the filing of this order, defendants shall show cause in writing why sanctions should not be imposed for failing to comply with a court order. Prompt filing of a response to the complaint will be deemed full compliance with this order and will automatically discharge the order to show cause. Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

DATED: November 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE