1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH HILL,                          No.  2:19-cv-1430 MCE AC P

12                Plaintiff,

13          v.                               ORDER

14    J. LYNCH, et al.,

15                Defendants.

16

17          Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  On March 7, 2022, defendants filed a motion to compel plaintiff to appear for

19   and participate in his deposition.  ECF No. 35.  The time for responding has now passed and

20   plaintiff has not responded.  Plaintiff will be given one final opportunity to respond.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  Plaintiff shall have an additional twenty-one days from the filing of this order to

23   respond to defendants' motion to compel.  Failure to respond will be deemed a waiver of any

24   opposition to the granting of the motion and may result in the imposition of sanctions.  See L.R.

25   230(l).

26   ////

27   ////

28   ////

1

1       2.  The June 3, 2022, dispositive motions deadline is VACATED and will be re-set, as

2  necessary, upon resolution of the pending discovery dispute.

3  DATED: April 7, 2022

4

5                                    ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

2